IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 05-CV-01169-WDM-MJW

LISA JOHNSEN, et al.,

Plaintiff(s),

v.

TOWN OF GRAND LAKE,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Plaintiff's Unopposed Motion for Clarification of October 22, 2005, Order (docket no. 23) is GRANTED. The discovery on the issue of sovereign immunity shall be completed by December 30, 2005.

Date:  November 28, 2005