IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 05-cv-01169-WDM-MJW

LISA JOHNSEN AND
MARK JOHNSEN,

    Plaintiffs,

v.

TOWN OF GRAND LAKE,

    Defendant.

_____

## MINUTE ORDER
_____

JUDGE WALKER D. MILLER
Jane Trexler, Secretary/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    Defendant's motion to set Trinity Hearing is granted; the hearing (2 hours) will be held **March 15, 2006, at 9:00 a.m.** in the Alfred A. Arraj United States Courthouse, 901 19th St. Courtroom A902.

Dated:  January 27, 2006

                                                         s/ Jane Trexler, Secretary/Deputy Clerk