IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-CV-01169-WDM-MJW

LISA JOHNSEN, et al.,

Plaintiff(s),

v.

TOWN OF GRAND LAKE,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Plaintiffs' Unopposed Motion to Vacate the October 14, 2005 Case Scheduling Order, DN 41, filed with the Court on February 20, 2006, is GRANTED.

     FURTHER, it is ORDERED that the Scheduling Order entered on October 14, 2005 is STAYED until further order of the court.

     FURTHER, it is ORDERED that a Status Conference is set on April 17, 2006, at 9:30 a.m., in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.  At the Status Conference, the Court will address the need to enter an amended scheduling order, based upon any ruling entered by Judge Walker D. Miller after the *Trinity* Hearing which is currently scheduled for March 15, 2006.

     FURTHER, it is ORDERED that the Settlement Conference set on February 21, 2006, at 10:30 a.m., is VACATED.

Date:  February 21, 2006