IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 05-cv-01169-WDM-MJW

LISA JOHNSEN AND
MARK JOHNSEN,

    Plaintiffs,

v.

TOWN OF GRAND LAKE,

    Defendant.

_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Secretary/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    Plaintiff's motions to permit telephonic testimony at *Trinity* hearing are granted.

Dated:  March 13, 2006

                                                        s/ Jane Trexler, Secretary/Deputy Clerk